UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN RATVASKY,

    Plaintiff,

v.                                          CASE NO. 8:16-cv-2398-T-23MAP

THOMPSON GLOBAL
PARTNERS, LLC, et al.,

    Defendants.
_____/

## **ORDER**

Because the proposed FLSA settlement (Doc. 25-1) reasonably resolves the plaintiff's claims, the motion (Doc. 25) for approval of the settlement is **GRANTED**, and the settlement is **APPROVED**. The action is **DISMISSED WITH PREJUDICE**, and the clerk is directed to close the case.

ORDERED in Tampa, Florida, on April 10, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE